**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VYSE GELATIN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 17 - cv - 02937 |
| | ) | |
| JT NATURALS USA LLC & JEFFREY HICKS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO QUASH**

Defendants, JT NATURALS USA LLC ("JT Naturals") & JEFFREY HICKS ("Hicks")

through SHAH LEGAL REPRESENTATION moves to quash service, as follows:

1. On August 22, 2016 plaintiff VYSE Gelatin Company ("VYSE"), an Illinois

   corporation filed its complaint in this case and obtained the standard thirty (30)

   day summons for service of its complaint upon the defendants. (*See Attached*

   *Exhibit A, August 22, 2016 Summons & Complaint*).

2. According to the affidavits of service filed in the Circuit Court of Cook County,

   VYSE alleged it served defendant Hicks who resides in Missouri by personally

   delivering a copy of the action on September 28, 2016.  However, the summons

   used for service was issued on August 22, 2016 and had expired in thirty days

   (30) days, or on September 21, 2017 by its plain language which states, "[t]his

   summons may not be served later than thirty days (30) days after its date."  For

   this reason, Defendant Hicks has not yet been properly served. (*See Attached*

   *Exhibit B, Affidavit of Service Upon Defendant Hicks*).

1

3. On November 4, 2016 plaintiff VYSE obtained an alias summons and served defendant JT Naturals USA, LLC on November 14, 2016. (*See Attached Exhibit C, Summons and Affidavit of Service Upon JT Naturals USA, LLC*). The Circuit Court of Cook County held a status conference on December 15, 2016. (*See Attached Exhibit D, Circuit Court of Cook County Online Docket & Orders*).

4. On January 19, 2017 VYSE made an oral motion for default which was granted and prove-up was set for February 16, 2017. *Id.* Sometime before February 16, 2017, VYSE moved to continue the prove-up date until March 8, 2017. *Id.*

5. By March 8, 2017 defendants' had retained counsel, Ankur Shah of Shah Legal Representation who respectfully requested and obtained unopposed extensions of time to answer or otherwise plead until April 19, 2017. *Id.* The instant case was removed on April 19, 2017.

6. Because Defendant Hicks has not yet been properly served, this Honorable Court should stop the pending litigation until plaintiff makes proper service in accordance with all applicable rules.

WHEREFORE, Defendant Jeffrey Hicks asks this Honorable Court to quash service against him and require Plaintiff to serve him.

Dated: June 25 2017

Respectfully submitted,

JEFFREY HICKS & JT NATURALS USA, INC.,

/s/ Ankur Shah

_____

*One of its attorneys*

Ankur Shah
SHAH LEGAL REPRESENTATION
333 South Wabash Ave., Suite 2700

Chicago, IL 60604
T: (312) 612 - 9221
E: ashah@shahlegalrep.com

## **CERTIFICATE OF SERVICE**

Ankur Shah, an attorney, hereby certifies that a true and correct copy of the foregoing Motion to Quash was filed with the Court's CM/ECF electronic filing system on June 25, 2017 and served via U.S. Mail on:

Attorney for Plaintiff VYSE Gelatin Company
Howard Marks
Berger Newmark & Fenchel PC
1753 N. Tripp Ave.
Chicago, IL 60639
(312) 782-5050
hmarks@bnf-law.com

/s/ Ankur Shah
_____

Ankur Shah
*Attorney for Defendants*
SHAH LEGAL REPRESENTATION
333 South Wabash Ave, Suite 2700
Chicago, IL 60604
(312) 612-9221

4

# EXHIBIT A

Summons - Alias Summons

(12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

VYSE GELATIN COMPANY

v.

JT NATURALS USA, LLC; JEFFREY HICKS

No. 2016-L-008331

Defendant Address:

JEFFREY HICKS

12785 HIGHWAY FF

JOPLIN, MO 64804

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 ,Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 90104

Name: BERGER NEWMARK & FENCHEL

Atty. for: VYSE GELATIN COMPANY

Address: 1753 N TRIPP AVE

City/State/Zip Code: CHICAGO, IL 60639

Telephone: (312) 782-5050

Primary Email Address: hmarks@bnf-law.com

Secondary Email Address(es):

Witness: Monday, 22 August 2016

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)    (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 8
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DIVISION, FIRST DISTRICT

| | | |
|---|---|---|
| VYSE GELATIN COMPANY,<br>an Illinois Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| JT NATURALS USA, LLC a/k/a | ) | Calendar: |
| JT NATURALS, LLC | ) | |
| and JEFFREY HICKS, | ) | Amount Claimed: $75,880.00 plus |
| individually, | ) | interest, attorneys' fees, service charges, |
| | ) | and costs |
| Defendants. | ) | |

## VERIFIED COMPLAINT

NOW COMES the Plaintiff, VYSE GELATIN COMPANY ("Vyse"), by and through its

attorneys, Berger, Newmark & Fenchel P. C., complaining of the Defendants, JT Naturals USA,

LLC a/k/a JT Naturals, LLC ("JT"), and Jeffrey Hicks ("Hicks"), individually, and states as

follows:

## ALLEGATIONS COMMON TO ALL COUNTS AND JURISDICTION

1.      Plaintiff, Vyse, is an Illinois corporation whose principal place of business is 5010

N. Rose Street, Schiller Park, Illinois, 60176, engaged in the business of selling, distributing and

blending gelatin and collagen and related products.

2.      Defendant, JT, is a Missouri limited liability company whose principal place of

business is 7930 E. 24th Street, Joplin, Missouri 64804, engaged in the business of

1

manufacturing, mixing, blending, formulating, packaging and bottling softgel products and capsules and related items containing or incorporating oils, vitamins and nutritional materials.

3. Defendant, Hicks, on information and belief, resides in Jasper County, Missouri and owns, controls and manages JT.

4. JT and Hicks have, for a long period of time, had a continuing business relationship with Vyse and have submitted orders to and purchased products from and negotiated terms with Vyse regarding items ordered and delivery, thereby deriving benefits from these activities and this Court therefore has Jurisdiction over the parties pursuant to the Illinois Code of Civil Procedure, 735 ILCS 5/2-209.

5. Beginning in December of 2015 and continuing to February 2016, JT and Hicks ordered certain products, goods, and services from Plaintiff.

6. Plaintiff delivered the products and goods in a timely manner to Defendant.

7. Plaintiff has sent Defendants invoices for the goods so provided to Defendants, totaling to the full sum of $80,880.00 which they have not contested or objected to. (See Exhibit A, invoices and shipping documentation.)

8. Plaintiff has satisfactorily performed all conditions precedent according to the parties' agreement entitling it to Defendants' performance of its obligations under the agreements to sell.

9. On or about March 15, 2016 Defendant, Hicks, tendered JT check numbered 20549 in the amount of $59,280.00 to Vyse, which upon deposit by Vyse to its bank account was returned for insufficient funds ("NSF") on March 21, 2016.

10. Hicks subsequently informed Vyse that it could redeposit the check as having sufficient funds by which it would be honored, however, on March 28, 2016 the JT check was

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 2 of 8

again rejected as being NSF. (See copies of NSF checks and return notices attached hereto as Group Exhibit B.)

11.    On or about May 27, 2016 and June 16, 2016 JT and Hicks acknowledged the amounts due to Vyse of $80,880.00 and offered and agreed to a payment plan. (Exhibit C attached to Complaint)

12.    JT has made one payment of $5,000.00 pursuant to the proffered payment plan and upon the amounts owed as described herein.

13.    There remains due and owing to Vyse from JT the total sum of $75,880.00.

14.    Hicks has executed and provided to Vyse a personal guaranty by which he agreed to guaranty the debts owed to Vyse by JT in consideration of Vyse selling products to JT, and to pay all costs and attorneys' fees incurred by Vyse in collecting upon the debts owed to it by JT. (Exhibit D, attached to Complaint)

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 3 of 8

## COUNT I
## BREACH OF CONTRACT AGAINST JT NATURALS

15.    Plaintiff realleges and incorporates by reference paragraphs 1 through 14 above as if restated in their entirety.

16.    After all due credits and payments are applied to the account balance there remains due and owing $75,880.00.

17.    Although repeatedly requested, Defendants unreasonably and vexatiously refuses and continues to refuse to pay the balance due and owing Plaintiff.

18.    Defendants' unreasonable and vexatious refusal to pay the balance due is a breach of their contract with Plaintiff.

19.     At all times relevant, there existed in Illinois a statute, 815 ILCS 205/2, entitling creditors to interest on money due. Pursuant to such statute, Plaintiff is entitled to interest on the amount owed to Plaintiff by Defendant at the rate of 5% per annum.

WHEREFORE, for all of the foregoing reasons, Plaintiff, Vyse Gelatin Company, respectfully prays that this honorable Court enter a judgment against Defendant JT NATURALS, LLC, in the amount of $75,880.00, plus interest, service charges and costs.

## COUNT II
## ACCOUNT STATED AGAINST JT NATURALS

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 4 of 8

20.     Plaintiff realleges and incorporates by reference paragraphs 1 through 14 above as if restated in their entirety.

21.     Vyse, at the specific instance and request of JT provided gelatin products as requested by JT for the total price of $80,880.00, of which the amount and sum of $75,880.00 remains unpaid.

22.     The acceptance by JT, of Vyse's initial invoices, demonstrates JT's acquiescence to the amount owed and has created an account stated between the parties. As previously stated, true and correct copies of the invoices are attached hereto as Exhibit A.

23.     Vyse has made repeated demands upon JT for payment of its indebtedness to Vyse. JT, however, has wrongfully refused and continues to refuse to pay the balance due.

24.     Vyse is entitled to recover interest from the due date of its first unpaid invoice of December 31, 2016, to the date of judgment as authorized in Chapter 815 of the Illinois Compiled Statutes, Section 205/2, at the statutory interest rate.

WHEREFORE, for all of the foregoing reasons, Plaintiff, Vyse Gelatin Company, respectfully prays that this honorable Court enter a judgment against Defendant JT in the amount of $75,880.00, plus interest, attorney's fees, service charges and costs.

**COUNT III**
**UNJUST ENRICHMENT**

25.     Plaintiff realleges and incorporates by reference paragraphs 1 through 14 above as if restated in their entirety.

26.     Defendant ordered certain products, goods and services from Plaintiff, which Plaintiff then delivered to Defendant. The reasonable value of the goods, provided by Plaintiff, and accepted by Defendant, is $80,880.00.

27.     Defendant JT accepted these deliveries of goods and at no point refused delivery.

28.     As of the date of filing of this matter, JT has paid $5,000.00 for these goods and thereby has been unjustly enriched in the amount of $75,880.00.

WHEREFORE, for all of the foregoing reasons, Plaintiff, Vyse Gelatin Company, respectfully prays that this honorable Court enter a judgment against Defendants JT Naturals, LLC, in the amount of $75,880.00 plus interest, attorney's fees, service charges and costs, and any other fees or costs that this Court deem appropriate.

**COUNT IV**
**AGAINST HICKS FOR DECEPTIVE PRACTICES UNDER SECTION 5/17-1 OF THE**
**ILLINOIS DECEPTIVE PRACTICES ACT**

29.     Plaintiff realleges and incorporates by reference paragraphs 1 through 14 above as if restated here in their entirety.

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 5 of 8

30. Hicks had knowledge that there were insufficient funds in JT's checking account to cover check numbered 20549.

31. Plaintiff accepted JT check numbered 20549 and deposited it into its bank account as payment for merchandise purchased by JT and redeposited the check a second time upon the direction and request of Hicks.

32. Each time, shortly after depositing the check, Vyse' bank notified Vyse that the check was refused because JT had insufficient funds in its account to pay the check. (See copies of NSF checks attached hereto as Group Exhibit B.)

33. Plaintiff sent a written demand by both certified and first class mail to Hicks pursuant to 720 ILCS 5/17-1(a), and the amount due has not been paid despite the demand. (A true and correct copy of the written demand sent by certified mail is attached as Exhibit E.)

34. Despite demand upon Hicks for payment of said amount, Hicks has failed and refused to replace the check with good funds.

35. Section 5/17-1 of the Illinois Deceptive Practices Act, prohibits a person from issuing or delivering a check knowing that it will not be paid by the depository. 720 ILCS 5/17-1. Section 5/17-1(a) of the Act provides that the wrongdoer is liable to the payee in the amount owing upon such check, treble damages up to $1,500.00, plus attorneys fees and court costs.

WHEREFORE, for all of the foregoing reasons, Plaintiff, Vyse Gelatin Company, respectfully prays that this Honorable Court enter a judgment against Defendant, Barbara Hicks, individually, in the amount of $59,280.00 plus treble damages for the NSF checks, of $1,500.00 plus attorneys' fees and costs, and for all other such relief as this Court deems just and proper.

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 6 of 8

## COUNT V
## BREACH OF GUARANTY BY JEFFREY HICKS

36.     VYSE restates and realleges paragraphs 1 through 14 of its Complaint as if fully stated and set forth herein.

37.     Vyse has made repeated demands for full and complete payments for amounts due and the Guaranty executed by Jeffrey Hicks waives any notice of default by JT.

38.     Despite demands for full payment of amounts due, Jeffrey Hicks has failed to make payment of the amounts due.

39.     The failure of Jeffrey Hicks to pay the balance due under the invoices is a breach of and a default upon all obligations owed under the Guaranty.

40.     Vyse has fully and completely performed any and all requirements and conditions precedent required.

**WHEREFORE,** for all of the foregoing reasons, Plaintiff, Vyse, respectfully prays that this Honorable Court enter a judgment against the Defendant, Jeffrey Hicks, in the amount of $75,880.00, plus accrued interest, late fees, attorney fees and costs, and that this Court award the Plaintiff all such other relief that the Court deems fitting and proper.

Respectfully submitted,

**VYSE GELATIN COMPANY.,**
an Illinois corporation

By: _____
    One of Its Attorneys

Howard Marks
Berger, Newmark & Fenchel PC
1753 N. Tripp Avenue
Chicago, IL 60639
Tel: 312/782-5050; Fax: 312/782-6491
Atty. No.: 90104
hmarks@bnf-law.com

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 7 of 8

STATE OF ILLINOIS      )
                             )
COUNTY OF COOK      )

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 8 of 8

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the Petition of Vyse Gelatin Company are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Gary Brunet, President
Vyse Gelatin Company


By: _____

Its:_____

8

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 8
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT A



Vyse Gelatin Company
Edible and Pharmaceutical Gelatins

INVOICE

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 2 of 8

| INVOICE NO. | INVOICE DATE |
|---|---|
| 62320 | 12/31/15 |

**SOLD TO:**
JT Naturals USA LLC
12765 Highway FF
Joplin, MO 64804

**SHIP TO:**
JT Naturals USA LLC
7930 E. 24th Street
Joplin, MO 64804

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 15-210 | 12/11/15 | 12/30/15 | Fed Ex Freight | |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 Days | 1/30/16 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Gelatin | 4000 | 4000 | Gelatin 200 Bloom Porcine B Mesh Lot 57301-50511 Item 2023 | 3.74 | 14,960.00 |

| | | SUBTOTAL | 14,960.00 |
|---|---|---|---|
| | | SHIPPING | |
| | | TOTAL | 14,960.00 |

The goods cited above, or original package, as delivered by us, is not adulterated or misbranded and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act and is hereby guaranteed, as of the date of shipment of delivery, to be, on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and not an article which may not, under the provisions of section 404 or 505 of the Act be introduced into interstate commerce.

We use Dyes & Pigments for coloration only.
Any past due account not paid in a timely and prompt payment will be added to the balance of your account.

Vyse Gelatin Company

INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 62330 | 1/11/16 |

SOLD
TO:
JT Naturals USA LLC
12785 Highway FF
Joplin, MO 64804

SHIP
TO:
JT Naturals USA LLC
7930 E. 24th Street
Joplin, MO 64804

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 11-310 | 1/11/16 | 1/11/16 | Fed Ex Freight | |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 Days | 2/10/16 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 14610 | 4000 | 4000 | Gelatin 200 Bloom Porcine @ Mesh Lot ST501-00511 Item 2023 | 3.74 | 14,960.00 |

MESSAGE
The goods listed above or original package are warranted by us, or sold and labeled or manufactured and a guaranteed...
SUBTOTAL     14,960.00

SHIPPING

TOTAL     $14,960.00

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 3 of 8



ELECTRONICALLY FILED
8/22/2016 2:40 PM
2016-L-006311
PAGE 4 of 8



# INVOICE

Vyse Gelatin Company
Edible and Pharmaceutical Gelatins

5030 Ross Drive Street • Schiller Park, Illinois 60176
(847) 678-4780     Fax (847) 678-0329

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 5 of 8

SOLD TO:

JT Naturals USA LLC
12785 Highway FF
Joplin, MO  64804

SHIP TO:

JT Naturals USA LLC
12785 Highway FF
Joplin, MO  64804

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 15-012 | 1/29/16 | 1/29/16 | Fed-Ex | |

ORDER NO. 02400     INVOICED ON 1/29/16

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 Days | 2/28/16 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Gelatin | 4000 | 4000 | Gelatin 200 Bloom Porcine 8 Mesh<br>Lot 57412-51512 Item 2021 | 3.60 | 14,400.00 |

MESSAGE:
The goods listed above, are being produced, or delivered by us, to be and are sold or manufactured and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act, and is hereby guaranteed, as of the date of such shipment or delivery, to be, on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and not an article which may not, under the provisions of section 404 or 505 of the act, be introduced into interstate commerce.

We reserve a right & discretion for collection services.
Any costs incurred to collect on a unsecured payment, will be added to the balance of your account.

SUBTOTAL     14,400.00

SHIPPING

**TOTAL**     $14,400.00



Vyse Gelatin Company
Edible and Pharmaceutical Gelatins

5010 South Vose Street • Schiller Park, Illinois 60176
(847) 875-4769    Fax (847) 378-0710

# INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 62438 | 3/18/16 |

**SOLD TO:**
JT Naturals USA LLC
12785 Highway FF
Joplin, MO  64804

**SHIP TO:**
JT Naturals USA LLC
12785 Highway FF
Joplin, MO  64804

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 116-012 | 1/17/16 | 1/17/16 | Con-Way | |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 Days | 1/17/16 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Gelatin | 6000 | 6000 | Gelatin 200 Bloom Porcine 8 Mesh Lot:57112-51512 Item 2023 | 3.60 | 21,600.00 |

The goods listed above, in original package, as delivered by us, is not adulterated or misbranded and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act, and is hereby guaranteed, as of the date of such shipment or delivery to us, as such claim not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and that its goods which may not, under the provisions of section 404 or 405 of the said law, introduced into interstate commerce.

We use Dunn & Bradstreet for collection services.
Any costs incurred for collection of delinquent payment will be added to the balance of your account.

| | |
|---|---|
| SUBTOTAL | 21,600.00 |
| SHIPPING | |
| **TOTAL** | 21,600.00 |

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 6 of 8

4/13/16 at 09:15:04.54                                                                 Page: 1

# Vyse Gelatin Company
## Aged Receivables
### As of Apr 13, 2016

Filter Criteria includes: 1) IDs: JT Naturals USA LLC. 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Bill To Contact Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Date |
|---|---|---|---|---|---|---|
| JT Naturals USA LLC | 62320 | | | | 14,960.00 | 12/31/15 |
| JT Naturals USA LLC | 62339 | | | | 14,960.00 | 1/11/16 |
| | 62344 | | | | 14,960.00 | 1/13/16 |
| | 62400 | | | 14,400.00 | | 1/29/16 |
| | 62496 | 21,600.00 | | | | 3/18/16 |
| | | | | | | |
| JT Naturals USA LLC | | 21,600.00 | | 14,400.00 | 44,880.00 | |
| JT Naturals USA LLC | | | | | | |
| | | | | | | |
| Report Total | | 21,600.00 | | 14,400.00 | 44,880.00 | |

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008531
PAGE 7 of 8

4/13/16 at 09:15:04.51                            Page: 1

## Vyse Gelatin Company
## Aged Receivables
## As of Apr 13, 2016

Filter Criteria includes: 1) IDs: JT Naturals USA LLC; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Bill To Contact Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Date |
|---|---|---|---|---|---|---|
| JT Naturals USA LLC JT Naturals USA LLC | 62320 | | | | 14,060.00 | 12/31/15 |
| | 62339 | | | | 14,060.00 | 1/11/16 |
| | 62344 | | | | 14,860.00 | 1/13/16 |
| | 62400 | | | 14,400.00 | | 1/29/16 |
| | 62496 | 21,600.00 | | | | 3/18/16 |
| JT Naturals USA LLC JT Naturals USA LLC | | 21,600.00 | | 14,400.00 | 14,880.00 | |
| Report Total | | 21,600.00 | | 14,400.00 | 44,880.00 | |

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 8 of 8

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT B

**BMO HARRIS BANK N.A.**
P.O. Box 94033, Palatine, IL 60094
Date: Mar 21, 2016   Advice D-100141

Acct:   29/4800611385

We are charging your account and returning
unpaid items previously deposited. The
return reason is indicated on the check(s).
Please contact 1-888-340-2265 with any questions.
CONSUMERS ONLY: See back for Check 21 information.

SEQ #   ITEM AMOUNT
937000018   59,280.00

VYSE GELATIN COMPANY
5010 N ROSE ST
SCHILLER PARK,IL 601761023

1 item charged totaling $59,280.00
1 item charged a fee totaling   $12.00

Advice Total $59,292.00 (D)

⑈402333198⑈   0000048006ɩ1385⑈   ⑈00001001417

*071700595*
03/23/2016
937000019

NSF

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original.

RETURN REASON-A
SUFFICIENT FUNDS

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 24

JT Naturals LLC
417-155-0977
7200 E 35th Street
Joplin MO 44804

First Community Bank
417-485-2228
1026 Geneva Rhymond Drive
Neosho MO 64850

Check No. 20549

81-437/029

Date   3/15/2016

Pay to
the Order   Vyse Gelatin Company                    $59,280.00

of  Fifty Nine Thousand Two Hundred Eighty and 00/100                         Dollars

Vyse Gelatin Company
5010 North Rose Street
Schiller Park, IL 60176

Memo

⑈08290857⑈ 857118⑈ 20549

⑈020549⑈  ⑊08290857⑈   857118⑈ ⑈00059280000⑈

4651000134733Z - 031616
BMO Harris Bank N.A.⑈071000288⑈

**BMO HARRIS BANK N.A.**
P.O. Box 94033, Palatine, IL 60094
Date: Mar 28, 2016    Advice D-100169

Acct    29/4800611385

We are charging your account and returning
unpaid items previously deposited. The
return reason is indicated on the check(s).
Please contact 1-888-340-2265 with any questions.
CONSUMERS ONLY: See back for Check 21 information

SEQ #    ITEM AMOUNT
037000017    $9,280.00

VYSE GELATIN COMPANY
5010 N ROSE ST
SCHILLER PARK IL 601761023

1 item charged totaling $69,280.00
1 item charged a fee totaling    $12.00

Advice Total $69,292.00 (D)

⑈4023331178⑈    ⑈0000048006113B5⑈    ⑈00001001B9

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
Page 3 of 4

*071700545*
03/28/2016
037000017
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

**NSF**

*071700545*
03/28/2016
037000017
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

**NSF**

*020549*    ⑈082908573⑈    857318⑈    0005928000

*020549*    ⑈082908573⑈    857318⑈    0005928000

Important Information about your checking account

Substitute Checks and Your Rights (for Consumer Customers Only)

**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at: BMO Harris Bank N.A., Client Contact Center, P.O. Box 5771, Carol Stream, IL 60197, 1-888-340-2265. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. If you submit your claim orally, we will require you to submit the claim in writing within ten (10) Business Days.

**Your claim must include** — A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect); An estimate of the amount of your loss; An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and a copy of the substitute check and/or the following information to help us identify the substitute check: the check number, the name of the person to whom the check was written, and the amount of the check.



ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT C

## Howard Marks

**From:** Jeff Hicks <jhicks@jtnaturals.com>
**Sent:** Thursday, June 16, 2016 1:41 PM
**To:** Howard Marks
**Subject:** Vyse Gelatin

Howard
I wanted to revise our offer to $ 5,000 per week.  We have been approved for an SBA 7a loan but will take 4-5 weeks to finish and fund. At that time we would
Pay off any open balance.

Thanks
Jeff

*Jeffrey Hicks*



*JT Naturals LLC*
*2875 Highway FF (32nd Street)*
*Joplin  MO 64804*
*6553-0977*
*437-9238 cell*
www.jtnaturals.com

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008311
PAGE 14

CONFIDENTIALITY NOTE:  The information contained in this electronic message is legally privileged and confidential information intended only for the individual or entity named as recipient.  If the reader is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this electronic message is strictly prohibited.  If you have received this electronic message in error, please notify the sender immediately by return electronic message and immediately delete this message from your system.  Thank you.

## Howard Marks

| From: | Deana Goettel <dgoettel@jtnaturals.com> |
|---|---|
| Sent: | Friday, May 27, 2016 4:11 PM |
| To: | Howard Marks |
| Subject: | Vyse Payment Plan |

Good Afternoon, Jeff Hicks asked that I prepare a payment plan for the balance owed to Vyse Gelatin Company, please see below...

| | |
|---|---|
| 6/2/2016 | 2,000.00 |
| 6/9/2016 | 2,000.00 |
| 6/16/2016 | 2,000.00 |
| 6/23/2016 | 2,000.00 |
| 6/30/2016 | 2,000.00 |
| 7/7/2016 | 4,000.00 |
| 7/14/2016 | 4,000.00 |
| 7/21/2016 | 4,000.00 |
| 7/28/2016 | 4,000.00 |
| 8/4/2016 | 8,000.00 |
| 8/11/2016 | 8,000.00 |
| 8/18/2016 | 8,000.00 |
| 8/25/2016 | 8,000.00 |
| 9/1/2016 | 9,440.00 |
| 9/8/2016 | 13,440.00 |
| | 80,880.00 |

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008751
PAGE 2 of 2

*Please do not hesitate to contact me if you have questions.*
*Thank you*
*Have a wonderful & blessed day!*
*Deana Goettel*



JT Naturals LLC
12785 Highway FF
Joplin, MO. 64804
417-553-0977

www.JTNaturals.com

CONFIDENTIALITY NOTE: The information contained in this electronic message is legally privileged and confidential information intended only for the individual or entity named as recipient. If the reader is not the intended recipient, you are hereby notified that

1

any use, dissemination, distribution or copying of this electronic message is strictly prohibited. If you have received this electronic message in error, please notify the sender immediately by return electronic message and immediately delete this message from your system. Thank you.

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 4 of 4

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT D

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 2 of 3

CONTINUOUS GUARANTY OF PAYMENT

For value received and in consideration of the sale of certain products by Vyse Gelatin Company (Vyse) to _____ (Debtor) now and in the future on credit terms provided or required from time to time by Vyse include any increases in the amount of credit available to Debtor the undersign (Guarantor) guarantees any and all indebtness of Debtor arising after the date herein. Nothing herein shall be construed as requiring Vyse to provide credit to the Debtor.

Guarantor agrees that this Guaranty is an absolute continuous guarantee of payment and is not a guarantee of collection. In order to proceed to enforce this Guaranty and hold Guarantee liable hereunder there shall be no obligation on the part of Vyse, at any time, to resort to any proceedings or any manner or any other actions for payment from the Debtor or any other person or entity, or to any collateral, security, property, liens or other rights or remedies whatsoever, all of which are hereby expressly waived by the Guarantor. No part of commission or omission of any kind, or at any time, upon the part of Vyse in respect to any matter whatsoever shall effect this Guaranty.

The Guarantor expressly waives any and all notice of any Debtor's default. If Guarantor revokes this Guaranty or dies revocation shall be in writing by his or her executors or administrators and sent certified mail return receipt requested to Vyse or its assigns or successors at the following address or any other address furnished to Guarantor.

Vyse Gelatin Company
9910 North Rose Street
Schiller Park, IL 60176

Any notice to Guarantor may be sent to address of Debtor by ordinary mail, e-mail, or fax with receipt and deemed received when sent. Thereto, Guarantor may change the address for notice in the same manner as a revocation.

Any Guarantor's revocation of this Guaranty herein (a) is effective only upon Vyse actual receipt of such notice and (b) does not release the Guarantor or his or her executor or administrator from liability for all debt incurred by Debtor to Vyse to date of revocation.

All litigation, claims or other matters arising under this guarantee shall be filed and litigated in Circuit Court of Cook County, or any other court therein, Chicago, Illinois or its equivalent or the U.S. District Court for the Northern District of Illinois to enforce federal claims. Further, in case of the death, incompetency, dissolution, liquidation, insolvency, or evidence of the institution of bankruptcy or receivership proceeding against Debtor or Guarantor, all indebtedness from Debtor and Guarantor shall immediately become due and payable, including, but not limited to monies due or incurred by Vyse in any litigation, bankruptcy, or insolvency proceedings or otherwise including all reasonable attorney's fees and court costs.

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 3 of 3

The Guarantor shall not exercise or enforce any right of subrogation, contribution, reimbursement, recourse or such other available to Guarantor against Debtor or any other person liable hereunder for payment of any debt or obligation or any security therefore until all monies due Vyse has been fully paid.

As soon as available, but in any event within thirty (30) days after the last day of each calendar year, Guarantor shall furnish to Vyse a copy of the latest current personal financial statements of Guarantor, signed by Guarantor and in form and substance as Vyse may reasonably request. Vyse after review thereof, may request additional information from Guarantor.

Guarantor agrees and acknowledges that the laws of the State of Illinois shall govern any and all litigation arising herefrom and the undersigned, and to the fullest extent permitted by law Guarantor waives any and all right to trial by jury as to any litigation arising herein.

If there is any invalidity or enforceability of any provision of the Guaranty then said provision shall be deemed severable and to the fullest extent possible the remaining provisions shall be deemed valid and enforceable. No provision herein shall be deemed waived, released or otherwise changed except in writing and agreed to by Vyse.

This guarantee shall be binding on the heirs, executors and administrators of Guarantor and inure to the benefit of Vyse.

Guarantor acknowledge that he or she have been advised by Vyse to show this guarantee to Guarantor's attorney.

Dated this 19th day of January 2015

_____
Guarantor

_____
Witness

_____
Witness

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT E



# Berger, Newmark & Fenchel P.C.
### Attorneys at Law

PHILIP COWAN, President
JOHN M. CYTRON
WILLAM J. FRANKO
LYNN LUCCHESE-SOTO
HOWARD MARKS

JULIUS H. SHAPIRO, Chairman
STEPHANIE LOMBARDI PARRY

Of Counsel
AVRUM DANNEN

Attorney's Direct Dial (312) 704-7229
Email: hmarks@bnf-law.com

April 14, 2016

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 2 of 3

*Via Certified Mail return receipt
and First Class Mail*

Mr. Jeffrey Hicks
President
JT Naturals LLC
12875 Highway FF (32nd Street)
Joplin, MO 64804

Re:   Account balance due Vyse Gelatin Company

Dear Mr. Hicks:

This firm represents Vyse Gelatin Company ("Vyse"), which provided gelatin to JT Naturals LLC ("JT Naturals") pursuant to invoice numbers 62320, 62339, 62344, and 62400. As of this date there is a balance due of $59,280.00 for the product provided by Vyse and there has not, as of yet, been any satisfactory arrangement made for the payment of the balance due.

Moreover, JT Naturals issued a check to Vyse, totaling $59,280.00 that was rejected and returned as NSF. Although the check was processed twice, the referenced check was not honored because of insufficient funds. Demand is hereby made that you pay to Vyse, within thirty (30) days of this letter, the total amount of the NSF check ($59,280.00). As a reminder, on January 15, 2016, you signed a Continuous Guaranty of Payment with you as Guarantor for all indebtness of and incurred by JT Naturals to Vyse. Copies of the referenced invoices, the returned bad check and the Continuous Guaranty of Payments are included with this letter for your reference.

Sections 5/17-1 and 5/17-1(a) of the Illinois Criminal Code define deceptive practices and Section 5/3-806 of the Uniform Commercial Code of the Illinois ("UCC") provides that persons who issue checks or other drafts that are not honored due to insufficient funds shall be liable for costs and expenses, treble damages of up to $1,500.00 per check and reasonable attorneys' fees incurred by any person in connection with the collection of the amount for which the check was written. Additionally, an

individual who is responsible for issuing an NSF check may be personally liable for the NSF check. Prior to any hearing under this section, you may tender to Vyse an amount equal to the bad check, incurred court costs, service costs and attorneys fees.

In an effort to amicably resolve this matter Vyse will waive its rights to interest and attorneys fees if JT Naturals pays the full balance due under invoices numbered 62320, 62339, 62344, 62400 and 62496 dated March 18, 2016, totaling $80,880.00 to Vyse within thirty (30) days of receiving this letter.

Should you have any questions or comments, please contact this office at 312-782-5050.

Very truly yours,
BERGER, NEWMARK & FENCHEL P.C.

By: _____

Howard Marks

*Enclosures*

ELECTRONICALLY FILED
8/22/2016 2:42 PM
2016-L-008331
PAGE 3 of 3

EXHIBIT B

ELECTRONICALLY FILED
1/12/2017 4:08 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# SERVICE AFFIDAVIT
## NEWTON COUNTY SHERIFF'S DEPARTMENT
### 208 WEST COLER
### NEOSHO, MO 64850
### (417) 451-8370

VVSE Gelatin Company

VS.                    2016-L-008331

J.T. Naturals USA, LLC ; Jeffery Hicks

I certify that I have served the _____Summons_____ in the above mentioned case by:

X  delivering a copy of the process to the Defendant/Respondent _Jeffrey Hicks_

___ leaving a copy of the process at the dwelling or usual place of abode of Defendant/Respondent _____ with _____, who is at least 15 years of age.

___ (for service on corporation) delivering a copy of the process to (name)_____ (title) _____.

___ other _____
_____

Served at _2785 Hwy FF Joplin_____ (address) in Newton County, Missouri on _9-28-16_ (date) at _1:22_ am (pm.)


_Ken Copeland_
SHERIFF OF NEWTON COUNTY

_Phillip Van Winkle_
DEPUTY SHERIFF

| | | |
|---|---|---|
| SUMMONS | $ | 30.00 |
| NON-EST | $ | |
| MILEAGE | $ | 20.00 |
| | | |
| TOTAL | $ | 50.00 |

EXHIBIT C

Summons - Alias Summons          (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

VYSE GELATIN COMPANY

v.

HICKS JEFFREY;
JT NATURALS USA, LLC

No. 2016-L-008331

Defendant Address:
JT NATURALS USA, LLC
R/A Missouri Business Services, Inc.
9666 Olive Boulevard
Suite 690
St. Louis, MO 63132

☐ SUMMONS ☑ ALIAS - SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

    ☑ Richard J. Daley Center, 50 W. Washington, Room 801          ,Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
| 5600 Old Orchard Rd. | 2121 Euclid 1500 | Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Richard J. Daley Center |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 50 W. Washington, LL-01 |
| Bridgeview, IL 60455 | Markham, IL 60428 | Chicago, IL 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 90104

Name: BERGER NEWMARK & FENCHEL

Atty. for: VYSE GELATIN COMPANY

Address: 1753 N TRIPP AVE

City/State/Zip Code: CHICAGO, IL 60639

Telephone: (312) 782-5050

Primary Email Address: hmarks@bnf-law.com

Secondary Email Address(es):

Witness:      Friday, 04 November 2016

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

ELECTRONICALLY FILED
1/12/2017 4:08 PM
2016-L-008331
CALENDAR: N
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN



# OFFICER'S AFFIDAVIT OF SERVICE

**Court Case Number: 2016L008331**          **VYSE GELATIN CO V JT NATURALS USA LLC ET AL**

**Service Upon:    JT NATURALS USA LLC at RAGT: MISSOURI BUSINESS SERVICES, INC., 9666 OLIVE BLVD., STE. 690, ST LOUIS, MO 63132**

I hereby certify that:

1)  I am authorized to serve process in civil actions within the state or territory where the document was served.

2)  My official title is Deputy Sheriff of St. Louis County, Missouri

3)  I have served the within by:

   [ ]  delivering a copy of the within to the named Defendant.

   [ ]  leaving a copy of the within at the dwelling place or usual abode of the named Defendant with a person of the Defendant's family over the age of 15 years.

   [X]  (for service on a corporation) delivering a copy of the within to ___THOMAS NITMAN___
   *(name)*
   ___ASPN___.
   *(title)*

   [ ]  other_____

   [ ]  Non Est.  After making due and diligent search the within named defendant cannot be found in St. Louis County.

In St. Louis County, Missouri on the ___14___ day of ___NOV___, 20 _16_ Time _1152_.

GREGORY PAIGE
My Commission Expires
June 10, 2017
St. Louis City
Commission #13492046

*NOTARY PUBLIC SEAL*

**JIM BUCKLES, SHERIFF
ST. LOUIS COUNTY, MISSOURI**

By: _____
         **Deputy Sheriff**

**SERVICE FEES:**
Summons      $_____.____
  Notary        $_____.____
  Mileage      $_____.____
TOTAL        $_____.____

SUBSCRIBED AND SWORN TO before me this ___17___ day of ___November___, 20 _16_.

I am:  *(check one)*      [ ]   the clerk of the court of which affiant is an officer.
                          [ ]   the judge of the court of which affiant is an officer.
                          [X]   authorized to administer oaths in the state in which the affiant served the above summons.

_____
Signature
___Deputy Sheriff___
Title

Form AFFID - 12/2014

# EXHIBIT D

# Cook County
# Clerk of the Circuit Court
## Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

---

## Case Information Summary for Case Number
## 2016-L-008331

Filing Date: 08/22/2016
Division: Law Division
Ad Damnum: $30001.00

Case Type: CONTRACT
District: First Municipal
Calendar: N

### Party Information

**Plaintiff(s)**
VYSE GELATIN
COMPANY

**Attorney(s)**
BERGER NEWMARK &
FENCHEL
1753 N TRIPP AVE
CHICAGO IL, 60639
(312) 782-5050

**Defendant(s)**

JT NATURALS USA, LLC

**Defendant Date of Service**

**Attorney(s)**
SHAH LEGAL
REPRESENTATION
333 S WABASH 2700
CHICAGO IL, 60667
(312) 612-9221

HICKS JEFFREY

SHAH LEGAL
REPRESENTATION
333 S WABASH 2700
CHICAGO IL, 60667
(312) 612-9221

### Case Activity

Activity Date: 08/22/2016

Participant: VYSE GELATIN COMPANY

### CONTRACT COMPLAINT FILED

Court Fee: 359.00
Ad Damnum Amount: 30001.00

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016

Participant: VYSE GELATIN COMPANY

### EXHIBITS FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

EXHIBITS FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

EXHIBITS FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

EXHIBITS FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

EXHIBITS FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: JT NATURALS USA, LLC

SUMMONS ISSUED AND RETURNABLE

Activity Date: 08/22/2016        Participant: HICKS JEFFREY

SUMMONS ISSUED AND RETURNABLE

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

CASE ELECTRONICALLY FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

CASE SET ON STATUS CALL

Date: 10/21/2016        Judge: BRENNAN MARGARET
ANN

Court Time: 0930

Activity Date: 08/22/2016        Participant: VYSE GELATIN COMPANY

CASE SET ON INDIVIDUAL CALENDAR

Activity Date: 09/19/2016                    Participant: VYSE GELATIN COMP

POSTCARD GENERATED

Judge: BRENNAN MARGARET
ANN

Attorney: BERGER NEWMARK &
FENCHEL

Microfilm: LD000000000

Activity Date: 10/21/2016                    Participant: VYSE GELATIN

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 12/15/2016                             Judge: BRENNAN MARGARET
Court Time: 0930                             ANN

Activity Date: 11/04/2016                    Participant: VYSE GELATIN COMPANY

ALIAS SUMMONS ISSUED

Attorney: BERGER NEWMARK &
Court Fee: 6.00                              FENCHEL

Activity Date: 12/15/2016                    Participant: VYSE GELATIN COMPANY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 01/19/2017                             Judge: BRENNAN MARGARET
Court Time: 0930                             ANN

Activity Date: 01/12/2017                    Participant: VYSE GELATIN COMPANY

AFFIDAVIT FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 01/12/2017                    Participant: VYSE GELATIN COMPANY

AFFIDAVIT OF SERVICE FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 01/12/2017                    Participant: VYSE GELATIN COMPANY

PROOF OF SERVICE FILED

Attorney: BERGER NEWMARK &
FENCHEL

Activity Date: 01/19/2017      Participant: VYSE GELATIN COMP

## POSTCARD GENERATED

Attorney: BERGER NEWMARK & FENCHEL

Microfilm: LD000000000

Activity Date: 01/19/2017      Participant: VYSE GELATIN COMP

## POSTCARD GENERATED

Attorney: BERGER NEWMARK & FENCHEL

Microfilm: LD000000000

Activity Date: 01/19/2017      Participant: HICKS JEFFREY

## DEFAULT - ALLOWED -

Judge: BRENNAN MARGARET ANN

Activity Date: 01/19/2017      Participant: JT NATURALS USA, LLC

## DEFAULT - ALLOWED -

Judge: BRENNAN MARGARET ANN

Activity Date: 01/19/2017      Participant: VYSE GELATIN COMPANY

## EXECUTE OR PERFORM - ALLOWED -

Date: 01/19/2017

Judge: BRENNAN MARGARET ANN

Activity Date: 01/19/2017      Participant: VYSE GELATIN COMPANY

## PROVE UP SET FOR - CONTINUED -

Date: 02/16/2017

Court Time: 0930

Judge: BRENNAN MARGARET ANN

Activity Date: 02/15/2017      Participant: VYSE GELATIN COMPANY

## EXECUTE OR PERFORM - ALLOWED -

Judge: BRENNAN MARGARET ANN

Activity Date: 02/15/2017      Participant: VYSE GELATIN COMPANY

## STRIKE FROM THE CALL - ALLOWED -

Date: 02/16/2017

Judge: BRENNAN MARGARET ANN

Court Time: 0930

Activity Date: 02/15/2017

Participant: VYSE GELATIN COMPANY

PROVE UP SET FOR - CONTINUED -

Date: 03/08/2017

Judge: BRENNAN MARGARET ANN

Court Time: 0930

Activity Date: 02/16/2017

Participant: JT NATURALS USA, LLC

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 352.00

Attorney: SHAH LEGAL REPRESENTATION

Activity Date: 02/16/2017

Participant: HICKS JEFFREY

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 352.00

Attorney: SHAH LEGAL REPRESENTATION

Activity Date: 03/08/2017

Participant: JT NATURALS USA, LLC

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 04/05/2017

Judge: BRENNAN MARGARET ANN

Activity Date: 03/08/2017

Participant: JT NATURALS USA, LLC

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 04/12/2017

Judge: BRENNAN MARGARET ANN

Court Time: 0930

Activity Date: 04/05/2017

Participant: JT NATURALS USA, LLC

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: SHAH LEGAL REPRESENTATION

Activity Date: 04/05/2017

Participant: HICKS JEFFREY

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: SHAH LEGAL REPRESENTATION

Activity Date: 04/12/2017

Participant: JT NATURALS

EXTEND TIME - ALLOWED -

Date: 04/19/2017                    Judge: BRENNAN MARGARET
                                    ANN

Activity Date: 04/12/2017                    Participant: JT NATURALS

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 04/19/2017                    Judge: BRENNAN MARGARET
                                    ANN

Activity Date: 04/12/2017                    Participant: JT NATURALS

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 04/26/2017                    Judge: BRENNAN MARGARET
Court Time: 0930                    ANN

Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Start a New Search

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

VYSE GELATIN )
_____ )    No. 2016-L-008331
Plaintiff(s), )
 )
 )
v. )
 )
JT NATURALS )
_____ )
Defendant(s) )
 )

**ORDER**

HERE ON STATUS AND DEFFENDANT'S
MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD
FROM APRIL 5, 2017 ☒ TO
APRIL 12, 2017, WHICH IS
UNOPPOSED, THE COURT GRANTS
THE MOTION FOR EXTENSION. DATE
UNTIL APRIL 26, 2017 AT 9:30 A.M.

Atty. No.: 59669

Name: SHAH LEGAL REPRESENTATION

Atty. for: DEFENDANT

Address: 333 S. WABASH AVE #2700

ENTERED Judge Margaret Ann Brennan

APR 12 2017

Circuit Court - 1846

Judge Margaret A. Brennan   1846

City/State/Zip: CHICAGO, IL 60604

Telephone: (312) 612-9221

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

VYSE GELATIN )
Plaintiff(s), )  No. 2016-L-008231
)
)
v. )
)
JT NATURALS )
Defendant(s) )
)

**ORDER**

ON PLAINTIFF'S ORAL MOTION FOR
DEFAULT AND PROVE-UP IT IS
HEREBY ORDERED THAT DEFENDANT
JT NATURALS ANSWER WITHIN
28 DAYS OR APRIL 5, 2017.

STATUS ON APRIL 12, 2017 AT
9:30 A.M.

Atty. No.: 59169
Name: ___ LEGAL REPRESENTATION
Atty. for: JT NATURALS
Address: 333 S WABASH AVE. #2700
City/State/Zip: CHICAGO, IL 60604
Telephone: (212) 612-9201

ENTERED:
Judge Margaret Ann Brennan
MAR 08 2017
Circuit Court - 1846
Judge Margaret A. Brennan   1846

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DIVISION, FIRST DISTRICT

VYSE GELATIN COMPANY,  )
an Illinois Corporation,  )
                            )
    Plaintiff,  )
                            )
       v.  )     NO. 2016-L-008331
                            )
JT NATURALS USA, LLC a/k/a  )     Calendar: N
JT NATURALS, LLC  )
and JEFFREY HICKS, individually  )
                            )
    Defendants.  )

## ORDER CONTINUING AND RESETTING HEARING

This matter having come on for Hearing of the Plaintiff's Motion to Continue Prove Up Hearing and the Court having considered the Motion:

IT IS HEREBY ORDERED THAT:

The Hearing on Plaintiff's Prove Up of Damages and for Entry of Judgment, presently scheduled for Hearing before the Court on February 16, 2017 at 9:30 a.m., is stricken and hereby continued for Hearing on March 8, 2017 at 9:30 a.m. in Courtroom 2010;

Plaintiff shall serve proper written Notice of this Order upon Defendants.

Judge Margaret Ann Brennan
M   FEB 15 2017
Circuit Court - 1846

ENTER,

_____
Judge

Howard Marks
Berger, Newmark & Fenchel PC
1753 N. Tripp Avenue
Chicago, IL 60639
Tel: 312/782-5050; Fax: 312/782-6491
Atty. No.: 90104
hmarks@bnf-law.com

7

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Vyse Gelatin Company )
                 )
      Plaintiff, )
                 )
      v. )   No. 2016 - L - 8331.
JT Naturals USA )
Jeffrey Hicks )
      Defendants )

**ORDER**
(Oral motion for default)

This cause coming to be heard, counsel for the Plaintiff being present and advising the Court that there has been proper service on the Defendant(s), and the Defendant(s) having failed to appear, and/or answer pursuant to the applicable rules:

IT IS HEREBY ORDERED:

1. Plaintiff's oral motion for default is Granted/Denied;

4219

6347

2. Prove-up of damages against Defendant(s) JT NATURALS USA and Jeffrey Hicks is entered and continued to February 16, 2017 at 9:30 a.m. in Room 2307 2010 of the Daley Center, 50 West Washington, Chicago, Illinois 60602 for entry of judgment.

4209

3. It is further ordered that the Plaintiff's counsel shall mail a copy of this order to the aforesaid Defendant(s) before the close of business this date.

4. Plaintiff shall also serve a proper written notice of motion and motion for default and judgment upon the Defendant(s) and otherwise comply with the Court's standing order and checklist attached thereto.

Atty. No.: 90104
Name: H. Marks (BNeF)
Atty. For: Vyse Gelatin, Plaintiff
Address: 1753 N. Tripp Ave.
City/State/Zip: Chicago, IL 60639
Telephone: 312 - 782 - 5050

Judge Margaret A. Brennan No. 1846
Circuit Court of Cook County, Illinois
County Department, Law Division

Judge Margaret Ann Brennan

C.C.
MEA

JAN 19 2017

**Circuit Court - 1846**

3

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, LAW DIVISION**

Vyse Gelatin Company )
      Plaintiff(s), )   No. 2016-L-008331
       )
       )
       )
     v. )
J. T. Naturals, USA, LLC )
Jeffrey Hicks )
      Defendant(s) )
       )

**ORDER**

This matter having come on for hearing on status of service of process and all matters,

All defendants having been served, This matter is scheduled for hearing on status on January 19, 2017 at 9:30 a.m., Courtroom 2307 and for all matters filed.

469

_____
Judge Margaret Ann Brennan

DEC 15 2016

C.C. MEM    Circuit Court - 1846

Atty. No.: 90104

Name: N. Marks / BNeF

Atty. for: Plaintiff

Address: 1753 N. Tripp Ave

ENTERED:

_____
Judge Margaret A. Brennan - 1846

City/State/Zip: Chicago, IL 60639

Telephone: 312-782-5050

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
**COUNTY DEPARTMENT - LAW DIVISION**

*Vyse Gelatin Company* )
)
. vs. )
) No. *16 - L - 8331*
*JT Naturals USA* )
*and* )
*Jeffrey Hicks* )

**STATUS/CASE MANAGEMENT ORDER**

This cause coming on for hearing on the Court's case management conference/motion call; on the Court's own motion pursuant to Supreme Court Rule 201-(c) (2):

**IT IS HEREBY ORDERED THAT:**

1. All non-expert written discovery (i.e interrogatories, document requests, requests to admit, etc.) shall be issued by _____, 20 _____ and responded to by _____, 20_____.

2. All non-expert oral discovery shall close by _____,20_____.

3. Plaintiffs shall identify testifying opinion witnesses and shall answer Rule 213(F)(2)(3) interrogatories by _____,20_____.

4. Plaintiffs shall, upon notice, present testifying opinion witnesses for deposition before _____, 20_____.

5. Defendants shall identify testifying opinion witnesses and shall answer Rule 213(F)(2)(3) interrogatories by _____, 20_____.

6. Defendants shall, upon notice, present testifying opinion witnesses for deposition before _____,20_____.

7. No demand or request for discovery need be recognized by any party if made after the applicable discovery conclusion date.

8. Any demand or request for discovery which fails to provide sufficient time, pursuant to the Illinois Supreme Court Rules, for its completion prior to the applicable discovery conclusion date provided in this order shall be deemed to have been made after the discovery conclusion date provided in this order.

9. Any agreement among the parties to waive discovery time constraints MUST be memorialized by a court order and **WILL NOT AFFECT THE TRIAL DATE** of _____, 20___.

10. This cause is hereby continued for a status/case management conference on *December 15*,20 *16* at *9:30* a.m. in room 2307 of the Richard J. Daley Center, Chicago, IL 60602 at which time counsel familiar with the case and authorized to act shall appear.

Atty No. *90104*
Name *H. Marks ( Bnef )*                Judge Margaret A. Brennan  No. 1846
Attorney for *Plaintiff Vyse*
Address *1753 N. Tripp Ave.*
City *Chicago, IL. 60639*
Telephone
*312 - 704 - 7229*

Judge Margaret Ann Brennan
OCT 21 2016
Circuit Court - 1846