UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VYSE GELATIN COMPANY, ) | |
| an Illinois Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 17-CV-02937 |
| ) | |
| JT NATURALS USA, LLC a/k/a ) | Judge Robert M. Dow, Jr. |
| JT NATURALS, LLC ) | |
| and JEFFREY HICKS, individually ) | |
| ) | |
| ) | |
| Defendants. ) | |

## Memorandum of Plaintiff of No Opposition to Request to Continue and Reschedule Hearing Date and Request to File

Defendants due to circumstances have requested that the current hearing date on their pending Motions be continued and reset. Plaintiff hereby states that it has no opposition to this request. Plaintiff due to certain out of state personal matters has been delayed in filing its response to the pending Motion and respectfully requests that it be permitted to file its response on or before November 2, 2017.

Respectfully submitted,

By: /s/ Howard Marks

Berger, Newmark & Fenchel P.C.
hmarks@bnf-law.com
1753 N. Tripp Ave.
Chicago, Illinois 60639
312-782-5050

1

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 26, 2017 a copy of the Memorandum of Plaintiff of No Opposition was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system at their email addresses. Parties may access this filing through the Court's system.

                                          s/ Howard Marks