UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VYSE GELATIN COMPANY nka VyGC Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JT NATURALS USA LLC & JEFFREY HICKS )<br>)<br>)<br>Defendants. ) | Case No. 17-cv-02937<br>Judge Robert M. Dow Jr. |

NOTICE OF MOTION

To: Ankur V Shah, Esq.
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
Email: ash@shahlegalrep.com

Please take Notice that on Wednesday, January 31, 2018, at 9:15 A.M., the undersigned will appear before the Honorable Judge Robert M. Dow Jr., in Courtroom number 1919 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiff's **COMBINED MOTION AND SUPPORTING MEMORANDUM OF LAW FOR LEAVE TO PERMIT ISSUANCE OF A SUMMONS TO DEFENDANT JEFFREY HICKS MORE THAN 90 DAYS AFTER FILING OF THE COMPLAINT,** a copy of which is hereby served upon you.

Respectfully submitted,

**VYSE GELATIN COMPANY nka VyGC Inc.**

By: /s/Mark E. Furlane

One of Its Attorneys

## Certificate of Service

The undersigned attorney certifies that on January 25, 2018 he e-filed this document through the Court's CM/ECF system which will cause copy of the document to be delivered electronically to the counsel of record for defendant(s) shown below.

Ankur V Shah, Esq.
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
Email: ash@shahlegalrep.com

/s/Mark E Furlane