UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VYSE GELATIN COMPANY nka VyGC Inc. )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JT NATURALS USA LLC & JEFFREY HICKS )<br> )<br> )<br>    Defendants. ) | Case No. 17-cv-02937<br>Judge Robert Dow, Jr. |

**FRCP RULE 56 AND LR 56.1 STATEMENTS OF UNCONTESTED MATERIAL FACTS OF PLAINTEIFF VYSE NKA VyGC Inc.**

NOW COMES the Plaintiff, VYSE GELATIN COMPANY ("Vyse"), by and through its attorneys, Berger, Newmark & Fenchel P. C., pursuant to FRCP Rule 56 and Local Rule 56.1, as its statement of material facts as to which plaintiff contends there is no genuine issue and that entitle plaintiff to a judgment as a matter of law against JT Naturals USA, LLC a/k/a JT Naturals, LLC ("JT"), which statements also include a description of the parties, and facts supporting venue and jurisdiction in this court, states as follows:

**MATERIAL FACTS**

1. Plaintiff, Vyse, is an Illinois corporation whose principal place of business is 5010 N. Rose Street, Schiller Park, Illinois, 60176, engaged in the business of selling, distributing and blending gelatin and collagen and related products. Verified Complaint, ¶1, which pleading is attached as Exhibit A to Notice of Removal (the "Notice")(Dkt. #1).

2. Defendant, JT, is a Missouri limited liability company whose principal place of business is 7930 E. 24th Street, Joplin, Missouri 64804, engaged in the business of manufacturing, mixing, blending, formulating, packaging and bottling softgel products and

capsules and related items containing or incorporating oils, vitamins and nutritional materials. Verified Complaint, ¶2.

3. Defendants removed the verified complaint to this court based on diversity of citizenship, and for a long period of time JT had a continuing business relationship with Vyse and JT submitted orders to and purchased products from and negotiated terms with Vyse in Illinois regarding items ordered and delivery, thereby deriving benefits from these activities and this Court therefore has Jurisdiction and venue over the parties. Notice Dkt # 1; Verified Complaint, ¶ 4.

4. Beginning in December of 2015 and continuing to February 2016, JT through its agents, including Hicks, who at all relevant times was a manager of JT, ordered certain products, goods, and services from Plaintiff. Verified Complaint, ¶¶ 4 and 5¶.

6. Plaintiff delivered the products and goods in a timely manner to JT. Verified Complaint, ¶ 6.

7. Plaintiff has sent Defendant JT invoices from its Illinois location for the goods so provided to JT, totaling to the full sum of $80,880.00 which they have not contested or objected to. (See Exhibit A to Verified Complaint, and Verified Complaint, ¶ 7, containing the invoices and shipping documentation for these claims.)

8. Plaintiff has satisfactorily performed all conditions precedent according to the parties' agreement entitling it to JT's performance of its obligations under the agreements to sell. Verified Complaint, ¶8.

9. On or about March 15, 2016 JT by Hicks tendered check numbered 20549 in the amount of $59,280.00 to Vyse at its Illinois address, which upon deposit by Vyse to its bank

account was returned for insufficient funds ("NSF") on March 21, 2016. Verified Complaint, ¶ 9.

10. JT through Hicks subsequently informed Vyse that it could redeposit the check as having sufficient funds by which it would be honored, however, on March 28, 2016 the JT check was again rejected as being NSF. (See copies of NSF checks and return notices attached hereto as Group Exhibit B to Verified Complaint, ¶.10.)

11. On or about May 27, 2016 and June 16, 2016 JT through Hicks acknowledged the amounts due to Vyse of $80,880.00 and offered and agreed to a payment plan. Verified Complaint, ¶ 11 and Exhibit C attached to Verified Complaint

12. JT has made one payment of $5,000.00 pursuant to the proffered payment plan and upon the amounts owed as described herein. Verified Complaint, ¶ 12.

13. There remains due and owing to Vyse from JT the total sum of $75,880.00. Verified Complaint, ¶ 13.

14. As shown from Exhibit A to the Verified Complaint, interest on overdue payments can be calculated using the following invoice due dates:

| Invoice | Due date | Amount |
| --- | --- | --- |
| 82320 | 12/31/15 | $14,960 |
| 82339 | 1/11/16 | $14,960 |
| 82344 | 1/13/16 | $14,960 |
| 82400 | 1/29/16 | $14,400 |
| 82496 | 3/18/16 | $21,600 |

3

15. For convenience the interest calculations are run from January 29, 2016 for the first four invoices. Thus, $59,280 is overdue from January 29, 2016 through January 29,2016, or two years at 5% per annum, or interest of $2,964 each year for two years =$5,928.

16. As to the last invoice, it was overdue 288/360 year in 2016 and 12 months in 2017 and one-month as of the date of presentment of this motion on January 31, 2018, or 1.8 plus .086=1.886 x 1.05=1.98 years of interest=$1,080 + $1.080(.98)=$2,138.4. However, since a $5,000 payment was made on or about June 2016, backing out the interest on that sum leaves 20 months of interest on that sum being deducted ($416.67), for a total of $7,650 in interest owing.

17. On August 22, 2016, Plaintiff filed its Verified Complaint in the Circuit Court of Cook County Illinois Law Division. (Dkt. #1)

18. As seen in Exhibits C and D to the Notice of Removal (Dkt. #1) Defendant JT Naturals USA LLC ("JT") was timely served with the summons and a copy of the verified complaint on January 30, 2018.

        Respectfully submitted,

        **VYSE GELATIN COMPANY nka .VyGC,**
        an Illinois corporation

        By:   /s/ Mark E. Furlane
             One of Its Attorneys
             Mark E. Furlane, Esq.
             Berger, Newmark & Fenchel PC
             1753 N. Tripp Avenue
             Chicago, IL 60639
             Tel: 312/782-7223; Fax: 312/360-7393

## Certificate of Service

The undersigned attorney certifies that on January 29, 2018 he e-filed the foregoing document through the Court's CM/ECF system which will cause copy of the document to be delivered electronically to the counsel of record for defendant(s) shown below.
Ankur V Shah, Esq.
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
Email: ashah@shahlegalrep.com

/s/Mark E. Furlane
Mark E. Furlane, Esq.
Berger, Newmark & Fenchel PC
1753 N. Tripp Avenue
Chicago, IL 60639
Tel: 312/782-7223; Fax: 312/360-7393