AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS


RECEIVED
FEB - 9 2018
NEWTON COUNTY SHERIFF
NEOSHO, MO

**SUMMONS IN A CIVIL CASE**

VYSE GELATIN COMPANY nka VyGC Inc.

V.

JT NATURALS USA LLC & JEFFREY HICKS

CASE NUMBER: 17-cv-02937

ASSIGNED JUDGE: Robert M Dow Jr.

DESIGNATED
MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

Jeffrey Hicks
12785 Highway FF
Joplin, Missouri 64804

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark E. Furlane
Berger Newmark & Fenchel P.C.
1753 N. Tripp Avenue
Chicago, Illinois 60639

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/ Paul Bruin

(By) DEPUTY CLERK



February 8, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-9-18 @ 10:46 AM |
| NAME OF SERVER (PRINT) Deputy Bill Hayes | TITLE Civil Process |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Roger Lieb "Sales Manager"

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $30.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-9-18        Deputy Bill Hayes
           Date                  Signature of Server

208 W Coler St, Neosho Mo 64850
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.