UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VYSE GELATIN COMPANY nka VyGC Inc. )<br>)<br>      **Plaintiff,**   )<br>)<br>v.                                   )<br>)<br>JT NATURALS USA LLC & JEFFREY HICKS )<br>)<br>)<br>      **Defendants.**   ) | Case No. 17-cv-02937<br>Judge Robert Dow, Jr. |

**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT AND AMENDED RULE 56 AND LR 56.1 STATEMENT**

To: Defendants JT NATURALS USA LLC and JEFFREY HICK
c/o Their Attorney
Ankur V Shah, Esq.
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
Email: ashah@shahlegalrep.com

Please Take Notice that on March 20, 2018, at 9:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert Dow, Jr. in room 1919 of the United States District Court for the Northern District of Illinois, Eastern Divisions, 219 S. Dearborn St., Chicago IL, and present the PLAINTIFF'S MOTION TO FILE INSTANTER THE AMENDED VYSE GELATIN COMPANY nka VyGC Inc. COMBINED MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORTOF MOTION FOR SUMMARY JUDGMENT AGAINST JT NATURALS USA LLC AND JEFFREY HICKS .

                                                  By: ___/s/Mark E Furlane
                                                    Attorney for Plaintiff
                                                    Mark E. Furlane, Esq.
                                                    Berger, Newmark & Fenchel PC
                                                    1753 N. Tripp Avenue
                                                    Chicago, IL 60639
                                                    Tel: 312/782-7223; Fax: 312/360-7393
                                                    mfurlane@bnf-law.com

## Certificate of Service

The undersigned attorney certifies that on March 14, 2018 he e-filed this document through the Court's CM/ECF system which will cause copy of the document to be delivered electronically to the counsel of record for defendants shown below.

Ankur V Shah, Esq.
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
Email: ashah@shahlegalrep.com

By: /s/Mark E Furlane
Attorney for Plaintiff
Mark E. Furlane, Esq.
Berger, Newmark & Fenchel PC
1753 N. Tripp Avenue
Chicago, IL 60639
Tel: 312/782-7223; Fax: 312/360-7393