**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VYSE GELATIN COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 17 - cv - 02937 |
| ) | |
| ) | |
| ) | |
| JT NATURALS USA LLC & JEFFREY HICKS ) | |
| ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF MOTION TO DISMISS DEFENDANT HICKS

TO:   Mark Furlane
      Berger Newmark & Fenchel PC
      1753 N. Tripp Ave.
      Chicago, IL 60639
      (312) 782-5050
      mfurlane@bnf-law.com

Please take notice that on November 29, 2018 at 9:15 A.M., or as soon as possible after that counsel may be heard, I shall appear before the Honorable Judge Dow Jr. in Room 2303 of the US District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago IL, and shall present the Defendants' Motion to Dismiss Defendant Hicks.

/s/ Ankur Shah
By:_____
*One of Defendants' Attorneys*

**CERTIFICATE OF SERVICE**

Ankur Shah, an attorney, hereby certifies that a true and correct copy of the foregoing Amended Notice of Motion was filed with the Court's CM/ECF electronic filing system on November 20, 2018 to the above persons.

Date: November 20, 2018

Ankur Shah                                          /s/ Ankur Shah
SHAH LEGAL REPRESENTATION              _____
333 South Wabash Ave, Suite 2700
Chicago, IL 60604
(312) 612-9221