# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VYGC INC., | ) |
|        Plaintiff, | ) |
| v. | ) Case No: 17 - cv - 02937 |
| JT NATURALS USA LLC & JEFFREY HICKS | ) |
|        Defendants. | ) |

## **JOINT STATUS REPORT SUPPLEMENT FROM DEFENDANTS ONLY**

Defendants, JT NATURALS USA LLC ("JT Naturals") & JEFFREY HICKS ("Hicks") through SHAH LEGAL REPRESENTATION report in order to comply with the Court's Order entered on November 15, 2019 (Docket Entry #93), as follows:

    Question 1(B)    As stated on the Missouri Secretary of State website, JT Naturals USA, LLC membership consists of Jeff Hicks (Missouri).

    Respectfully submitted,

    JEFFREY HICKS & JT NATURALS USA, LLC.,

    /s/ Ankur Shah

    _____

    One of its attorneys
    Ankur Shah
    SHAH LEGAL REPRESENTATION
    333 South Wabash Ave., Suite 2700
    Chicago, IL 60604
    T: (312) 612 - 9221
    E: ashah@shahlegalrep.com

**CERTIFICATE OF SERVICE**

Ankur Shah, an attorney, hereby certifies that a true and correct copy of the foregoing Portion of the Joint Status Report was filed with the Court's CM/ECF electronic filing system on November 22, 2019 and served via CM/ECF on:

Attorneys for Plaintiff VYSE Gelatin Company
Berger Newmark & Fenchel PC
1753 N. Tripp Ave.
Chicago, IL 60639
(312) 782-5050
mfurlane@bnf-law.com

/s/ Ankur Shah
_____