UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VYSE GELATIN COMPANY nka VyGC Inc. ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-cv-02937 |
| ) | Honorable Martha Pacold |
| JT NATURALS USA LLC aka JT Naturals, LLC) | |
| & JEFFREY HICKS ) | |
| Defendants. ) | |

**OPPOSED**

**EMEGENCY MOTION TO CONTINUE PLAINTIFF'S OBLIGATION TO RESPOND OR OBJECT TO DEFENDANTS' DISCOVERY UNTIL THE COURT'S RULING ON PLAINTIFF'S MOTION TO ENFORCE COURT'S SANCTIONS ORDERS AND ALTERNATIVELY FOR A PROTECTIVE ORDER**

Plaintiff VYSE GELATIN COMPANY nka VyGC Inc., pursuant to Federal Rules of Civil Procedure, Rules 26 and 37 and Local Rule 37.1, moves this Court as an emergency for an Order staying Plaintiff's obligations under the Federal Rules of Civil Procedure to file objections and responses to Defendants' discovery served on October 1, 2020 (the "Discovery")[1], until a date to be set by the Court, if any, after the Court Rules on Plaintiff's Motion to Enforce Sanctions Orders and Alternatively for a Protective Order filed October 12, 2020 [Document #148] ("Plaintiff's Motion"), and in support of this motion states as follows:

1. As can be seen in Plaintiff's Motion it seeks to enforce this Court's final chance for Defendants to comply with the Court's production and sanctions Orders against Defendants before the Court decides to enter default judgment against Defendants. The Motion demonstrates that Defendants materially failed to comply with the Court's final chance Order and seeks enforcement of the Court's final chance Sanctions Order and default judgment against

---

[1] The Discovery consists of very broad interrogatories, requests to produce, and 70 overly broad requests to admit, copies of which are attached as Exhibit 12 to Plaintiff's Motion.

1

Defendants. Alternatively as a sanction, if the Court is still unconvinced that default judgment is warranted, the Motion seeks as a sanction striking the Discovery and prohibiting Defendants from taking discovery or introducing evidence in summary judgment proceedings or at trial. Also, in the alternative, Plaintiff seeks a protective order as to the Discovery because, as shown in the Motion, the Discovery violates the Court's Order that struck Defendants' Affirmative Defenses as a sanction and Fed. R. Civ. P. Rule 26's proportionality requirement.

2. Because of COVID-19 rules, without a hearing, yesterday the Court entered an order [Document # 151] setting a briefing schedule on the Motion; the final brief is due November 20, 2020, which is after the current due date of November 2, 2020, for Plaintiff to object and respond to the Discovery.

3. This Court's Case Procedures state in relevant part, "Emergency matters must be of such a nature that a delay in hearing them would cause serious harm." This motion is an emergency because the Plaintiff will suffer serious harm if it is not granted. Most of the Discovery is sought for affirmative defenses that have been waived or otherwise stricken by the Court's Sanction's Order, or given the nature of the case is in material violation of Rule 26's proportionality requirements. Without the requested relief from this Court the Plaintiff must do exhaustive information searches to the overly broad Discovery and prepare objections and respond to the Discovery by November 2, 2020, as the Court will not decide the Motion until after that date. If the Court grants the Motion the Court's Order would either render any responses or objections by Plaintiff to the Discovery unnecessary or the Order would materially limit the Discovery through entry of a protective Order.

4. The undersigned conferred with counsel for the Defendants and made further attempts to confer with Defendants in an effort to resolve the dispute without court action. Such efforts to

obtain agreement are found in communications in Exhibits 14A and 14B of the Motion. Also, today, October 14, 2020 at 7:44 a.m., the undersigned wrote Defendants' counsel in an effort to obtain agreement on an order staying Plaintiff's obligations to object or respond to the Discovery, if any, until the Court rules on the Motion. Receiving no response by noon the undersigned sent another email to Defendants' counsel at 12:16 p.m. Defendants' Counsel has not responded as of the time of this filing. Copies of the emails are attached. The undersigned certifies that Plaintiff has in good faith conferred or attempted to confer with Defendants in an effort to resolve the dispute without court action.

**Relief Requested.** It is respectfully requested that the Court enter an order staying the Discovery Defendants served on Plaintiff on October 1, 2020 and continue all obligations of Plaintiff to respond or object to the Discovery under the Federal Rules of Civil Procedure until a date to be set by the Court after the Court rules on the Motion.

Dated: October 14, 2020                    Respectfully submitted,

                                           VYSE GELATIN COMPANY nka VyGC Inc.

                                           By:    /s/ Mark E. Furlane
                                                  Mark E. Furlane (ARDC #0897175)

Berger, Newmark & Fenchel P.C.
1753 N. Tripp Ave.
Chicago, Illinois 60639
Telephone: (312) 704-7223
mfurlane@bnf-law.com

**From:** Mark Furlane
**Sent:** Wednesday, October 14, 2020 12:16 PM
**To:** Ankur Shah
**Subject:** Activity in Case 1:17-cv-02937 VYSE Gelatin Company v. Hicks et al set motion and R&R deadlines/hearings

Mr. Shah:

Please confirm that you received my below email to you from earlier this morning. When might we expect your response?

Mark E. Furlane
Berger, Newmark and Fenchel P.C.
1753 N. Tripp Ave.
Chicago, IL 60639
Main: 312-782-5050
Direct: 312-704-7223
Fax: 773-360-7393
mfurlane@bnf-law.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Mark Furlane
**Sent:** Wednesday, October 14, 2020 7:44 AM
**To:** Ankur Shah
**Subject:** Activity in Case 1:17-cv-02937 VYSE Gelatin Company v. Hicks et al set motion and R&R deadlines/hearings

Dear Mr. Shah:

Relative to Plaintiff's motion filed this past Monday, October 12, 2020 (the "Motion") for enforcement of the Court's sanctions Orders, and alternatively for a protective Order with regard to Defendants' discovery served on October 1st (the "Discovery"), you sent me an email at 12:01 p.m. yesterday. Your email states in relevant part, "I saw your Filing has not been noticed for hearing and is therefore a nullity which does not change your due date for discovery responses on November 2. Ankur." After your email the Court entered the below briefing schedule on the Motion that takes the Court's ruling on the Motion beyond the present due date for Plaintiff to file objections and responses to the Discovery.

Given the pendency of the Motion and related timing of the briefing schedule on the Motion, pursuant to F. R. Civ. P. Rules 26 and 37 and Local Rule 37.2, Plaintiff requests Defendants to agree to the Court entering an order staying the Discovery and extending the required time for Plaintiff to object and/or respond to the

1

Discovery, if necessary depending on the Court's ruling on the Motion, until after the Court rules on the Motion.

Mark E. Furlane
Berger, Newmark and Fenchel P.C.
1753 N. Tripp Ave.
Chicago, IL 60639
Main: 312-782-5050
Direct: 312-704-7223
Fax: 773-360-7393
mfurlane@bnf-law.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Tuesday, October 13, 2020 2:50 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:17-cv-02937 VYSE Gelatin Company v. Hicks et al set motion and R&R deadlines/hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3**

### Notice of Electronic Filing

The following transaction was entered on 10/13/2020 at 2:49 PM CDT and filed on 10/13/2020
**Case Name:** VYSE Gelatin Company v. Hicks et al
**Case Number:** 1:17-cv-02937
**Filer:**
**Document Number:** 151

**Docket Text:**
**MINUTE entry before the Honorable Martha M. Pacold:Defendants' response to Plaintiff's**

2

motion to enforce court's sanctions orders [148] is due by 11/3/2020. Plaintiff's reply brief is due by 11/20/2020.(rao, )

**1:17-cv-02937 Notice has been electronically mailed to:**

Mark Elliott Furlane     mfurlane@bnf-law.com

Ankur V Shah     ashah@shahlegalrep.com

**1:17-cv-02937 Notice has been delivered by other means to:**

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 14, 2020 he e-filed this emergency motion through the Court's CM/ECF system which will cause a copy of the document to be delivered electronically to the counsel of record for defendant(s) shown below:

>Ankur V Shah, Esq.
>Shah Legal Representation
>333 South Wabash Ave., Suite 2700
>Chicago, IL 60604
>Email: ash@shahlegalrep.com

/s/Mark E Furlane