UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

VYSE Gelatin Company
                              Plaintiff,

v.                                             Case No.: 1:17−cv−02937
                                                         Honorable Martha M. Pacold

Jeffrey Hicks, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 19, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: Telephone status conference held. Counsel were reminded that by virtue of the Order entered on 7/2/20 [144] the closing date for all discovery is 1/4/21. They were also reminded that that Order provided that there would be no further extensions. Today's telephone conference again persuaded me of the correctness of that Order and the appropriateness of that timetable. The telephone conference today was at least as unpleasant and unproductive as any in which I have ever been involved either as a lawyer or a judge. The defendants' lawyer, was chiefly responsible. Simply put, he would not stop monologuing and making accusations about the way he perceived the case had been handled by the plaintiff's lawyer. Without regard to the merits of his complaints, they involved matters outside of my jurisdiction as a magistrate judge and outside the scope of Judge Pacold's referral. They dealt chiefly with what the defendants'; lawyer perceived to be his opponent's handling of the case and matters that are either pending before Judge Pacold or involve substantive matters outside the scope of the jurisdiction of a magistrate judge. See 28 U.S.C. 636; Rule 72, Federal Rules of Civil Procedure. Nonetheless, despite being told of these restrictions and of the manner in which the defendants' lawyer made his repeated accusations of misconduct, the defendants' lawyer persisted and he did so in the face of instructions from the court not to continue. The next telephone status conference is set for 1/5/21 at 1:00 p.m. Counsel should call (888) 684−8852, access code 5618926.#. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Counsel should contact the Court should any difficulties arise during depositions. I can be reached by a call to my courtroom deputy, Yulonda Thomas, at 312−408−5178, and she will arrange for me to participate in the phone call. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.